UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAMTHEBEAST SSSOTLOHIEFMJN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Respondents. | NO. EDCV 10-925-GHK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Respondent has objected. As modified below, the Court accepts the findings and recommendation of the Magistrate Judge.

　　　　The final sentence of Footnote 1 of the Report is replaced by:

　　　　His surname means "Six six six of the Lord of Hosts in Edmond Frank M[a]cGillivray, Jr., now." (*Id.*)

IT IS ORDERED that Ground One of the petition is GRANTED and Ground Two of the petition is DENIED. The following conditional writ of habeas corpus shall issue:

> Within ninety days of this judgment becoming final (meaning the conclusion of any and all appeals), the Riverside County Superior Court must vacate Petitioner's conviction on Count 3 unless the State of California elects to retry Petitioner on Count 3.

DATED: 10/5/12

GEORGE H. KING
United States District Judge