UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAMTHEBEAST SSSOTLOHIEFMJN,<br><br>   Petitioner,<br><br>v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT, et al.,<br><br>   Respondents. | No. EDCV 10-925-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the following conditional writ of habeas corpus shall issue:

   Within ninety days of this judgment becoming final (meaning the conclusion of any and all appeals), the Riverside County Superior Court must vacate Petitioner's conviction on Count 3 unless the State of California elects to retry Petitioner on Count 3.

DATED:   10/5/12

GEORGE H. KING
United States District Judge